

RECEIVED & FILED

APR 5 | 20 PM '13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Sheila K Stuppy
P.O. Box 750725
Las Vegas, NV  89136

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

Stuppy, Sheila K

Debtor(s)

Case No.: 13-10675-BK-S-lbr  Amended/Converted

Chapter: 7

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ____ Voluntary Petition (specify reason for amendment)
- ____ Summary of Schedules
- ____ Statistical Summary of Certain Liabilities
- ____ Schedule A - Real Property
- ____ Schedule B - Personal Property
- ____ Schedule C - Property Claimed as exempt
- **X** ____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    - ____ Add/delete creditor(s), change amount or classification of debt - $30.00 Fee required.
    - ____ Add/change address of already listed creditor - No fee
- ____ Schedule G - Executory Contracts and Unexpired Leases
- ____ Schedule H - CoDebtors
- ____ Schedule I - Current Income of Individual Debtor(s)
- ____ Schedule J - Current Expenditures of Individual Debtor(s)
- ____ Declaration Concerning Debtor's Schedules
- ____ Statement of Financial Affairs and/or Declaration
- ____ Chapter 7 Individual Debtor's Statement of Intention
- ____ Disclosure of Compensation of Attorney for Debtor(s)
- ____ Statement of Current Monthly Income and Means Test Calculation
- ____ Certification of Credit Counseling
- **X** ____ Other:

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website:

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 4-5-13    /s/ Sheila K Stuppy
                /Debtor                    /Joint Debtor

Receipt # 212490    $ 30.00

B6F (Official Form 6F) (12/07)

In re _Stuppy, Sheila K_____,
         Debtor

Case No. _13-10675-BK-S-lbr  AMENDED_
                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Any & All<br>PIONEER CREDIT RECOVERY, INC<br>35A Rust Lane<br>Boeme, TX 78006 | C | | 2000 - 2013 | | | | $ 7,115.00<br>Estimate |
| ACCOUNT NO. Any & All<br>PIONEER CREDIT RECOVERY, INC<br>26 Edward St.<br>Arcade, NY 14009 | C | | 2000 - 2013 | | | | UNKNOWN<br>Estimate |
| ACCOUNT NO. Any & All<br>US DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave,<br>Washington, DC 20530 | | | 2000 - 2013 | | | | $ 7,115.00<br>Estimate |
| ACCOUNT NO. | | | | | | | |

Subtotal▶  $ _14,230.00_

_0_ continuation sheets attached

Total▶  $ 14,230.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

```
Label Matrix for Local Noticing
Stuppy, Sheila K - Debtor's  Pro-Se
Las Vegas  District of Nevada
CASE #:  13-10675-BK-S-lbr - AMENDED


PIONEER CREDIT RECOVERY, INC
35A Rust Lane
Boerne, TX    78006

PIONEER CREDIT RECOVERY, INC
26 Edward St.
Arcade, NY    14009


US DEPARTMENT OF JUSTICE
950 Pennsylvania Ave,
Washington, DC 20530
```