RECEIVED
AND FILED



APR 23  10 40 AM '13

Sheila K Stuppy - **Debtor Pro Se**
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                    )        Chapter   7
   Sheila K Stuppy              )        CASE #   13-10675 **Converted**
                                          )
                                          )
   **Pro-Se** Debtor             )        Hearing Date: _____
_____ )        Hearing Time:_____

## DEBTORS MOTION TO
## EXTEND or IMPOSE THE AUTOMATIC STAY

    I Debtor, Sheila K Stuppy, hereby request that this Court Extend or Impose the Automatic to include U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4, its assignees and/or successors, by and through its servicing agent Ocwen Loan Servicing, LLC , for the property commonly known as 2534 Rocky Countryside Street, North Las Vegas, NV 89030 for the following reasons;

1. I the Debtor, Sheila K Stuppy had no other pending bankruptcy cases in the proceeding one year period.
2. I filed a motion to Convert my Chapter 7 Case #13-10675 to a Chapter 11 where I believe that the conversion would be in the best interests of all parties of interest, which include, me the debtor, the estate, and my creditors.
3. I have a substantial financial change of circumstances which includes my additional employment and application for mortgage modification.
4. There is a reasonable likelihood that my financial condition will be rehabilitated through a plan of reorganization in Chapter 11.

1

**WHEREFORE** I the Debtor, Sheila K Stuppy, pray that this Court grant this Motion to Extend or Impose the Automatic Stay as to U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4, its assignees and/or successors, by and through its servicing agent Ocwen Loan Servicing, LLC for the property commonly known as 2534 Rocky Countryside Street, North Las Vegas, NV 89030 and for all other proper relief.

**SUBMITTED** this 23rd day of April, 2013 by Sheila Stuppy the Debtor, Pro Se.

*Sheila Stuppy*
▬▬▬▬▬ – Debtor Pro Se
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983 - **Phone**

**COPIES SENT TO:**
Attorney Kristin A. Schuler-Hintz
Attorney Sherry A. Moore,
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
(702) 685-0329 - **Phone**
(866) 339-5691 – **FAX**
NVBK@McCarthyHolthus.com

**Attorney for Secured Creditor,**
U.S. Bank National Association,
as Trustee for Greenpoint Mortgage Funding Trust
Mortgage Pass-Through Certificates,
Series 2006-AR4,
its assignees and/or successors,
by and through its servicing agent Ocwen Loan Servicing, LLC

**CHAPTER 7 TRUSTEE**
**David A. Rosenberg**
5030 Paradise Road, Suite B215
Las Vegas, NV 89119
(702) 405-7312 - **Phone**
(702) 947-2244 - **FAX**
**Email:** darosenberg@7trustee.net

2

Sheila K Stuppy - **Debtor Pro Se**
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 7 |
|    Sheila K Stuppy | CASE # 13-10675 **Converted** |
|    **Pro-Se** Debtor | Hearing Date: _____ |
| | Hearing Time: _____ |

## AFFIDAVIT IN SUPPIRT OF
## DEBTORS MOTION TO
## EXTEND or IMPOSE THE AUTOMATIC STAY

I Debtor, Sheila K Stuppy, in support of the Debtors Motion to Extend or Impose the Automatic Stay against U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4, its assignees and/or successors, by and through its servicing agent Ocwen Loan Servicing, LLC for the property commonly known as 2534 Rocky Countryside Street, North Las Vegas, NV 89030 state the following.

1. I filed my original Chapter 7 petition on January 30, 2013.
2. I filed a Motion to Convert my Chapter 7 Case # 13-10675 to a Chapter 11 on April 23, 2013.
3. I have had no other pending bankruptcy cases in the preceding one year period.
4. I believe that the conversion would be in the best interests of all parties of interest, which include, me the debtor, the estate, and my creditors.
5. I have a substantial financial change of circumstances which includes my additional employment and application for mortgage modification.
6. There is a reasonable likelihood that my financial condition will be rehabilitated through

1  a plan of reorganization in Chapter 11.

2  **I affirm under penalty of perjury** that the foregoing is true and correct to the best of

3  my information and belief.

4  **SUBMITTED** this 23rd day of April, 2013 by Sheila Stuppy the Debtor, Pro Se.

5  *Sheila Stuppy*

6  ▬▬▬ – Debtor Pro Se
P.O. Box  750725

7  Las Vegas, NV  89136
(702)  493-2983 - **Phone**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sheila K Stuppy - **Debtor Pro Se**
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:   )  | Chapter 7 |
| Sheila K Stuppy   )  | CASE # 13-10675 **Converted** |
|   ) | |
| Pro-Se Debtor   ) | Hearing Date: _____ |
| _____ ) | Hearing Time: _____ |

**ORDER EXTEND or IMPOSE THE AUTOMATIC STAY AGAINST**

against U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4, its assignees and/or successors, by and through its servicing agent Ocwen Loan Servicing, LLC for the property commonly known as 2534 Rocky Countryside Street, North Las Vegas, NV 89030 was heard by this Court and the parties of interest were notified

   **IT IS THEREFORE ORDERED** that the Motion to Extend or Impost the Automatic Stay filed by the Debtor Sheila K Stuppy, is **HEREBY GRANTED** to include U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4, its assignees and/or successors, by and through its servicing agent Ocwen Loan Servicing, LLC for the property commonly known as 2534 Rocky Countryside Street, North Las Vegas, NV 89030

**ENTERED :**                              **Dated:** _____

                                           **BY THE COURT**

                                           _____
                                           *United States Bankruptcy*

5

Sheila K Stuppy - **Debtor Pro Se**
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>      Sheila K Stuppy<br><br>      **Pro-Se** Debtor | Chapter 7<br>CASE #   13-10675 **Converted**<br><br>Hearing Date: _____<br>Hearing Time:_____ |

## CERTIFICATE OF SERVICE

On April 23, 2012, I served a copy of the following document

**DEBTORS MOTION TO
EXTEND or IMPOSE THE AUTOMATIC STAY
And
AFFIDAVIT IN SUPPIRT OF
DEBTORS MOTION TO
EXTEND or IMPOSE THE AUTOMATIC STAY**

by **FAX** to the following people;

Attorney Kristin A. Schuler-Hintz
Attorney Sherry A. Moore,
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
(702) 685-0329 - **Phone**
(866) 339-5691 – **FAX**
NVBK@McCarthyHolthus.com

**Attorney for Secured Creditor,**
U.S. Bank National Association,
as Trustee for Greenpoint Mortgage Funding Trust
Mortgage Pass-Through Certificates,
Series 2006-AR4,

6

its assignees and/or successors,
by and through its servicing agent Ocwen Loan Servicing, LLC

**CHAPTER 7 TRUSTEE**
**David A. Rosenberg**
5030 Paradise Road, Suite B215
Las Vegas, NV 89119
(702) 405-7312 - **Phone**
(702) 947-2244 - **FAX**
**Email:** darosenberg@7trustee.net

**I declare under penalty of perjury that the foregoing is true and correct**

April 23, 2013

*Sheila Stuppy*

**Declarant:** ▬▬▬▬ – **Debtor Pro Se**
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983 - **Phone**

7