RECEIVED & FILED

SEP 13   3 40 PM 13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Sheila K Stuppy - **Debtor Pro Se**
   P.O. Box 750725
2  Las Vegas, NV 89136
3  (702) 493-2983

4                **UNITED STATES BANKRUPTCY COURT**
5                      **DISTRICT OF NEVADA**
6
7  **In re:**                          )          **Chapter**   11
          Sheila K Stuppy              )          **CASE #**   13-10675
8                                      )
9                                      )
          **Pro-Se** Debtor            )          Hearing Date: _9-18-2013_
10 _____ )          Hearing Time: _10:30 AM_
11
12                        **DEBTORS MOTION TO**
                 **EXTEND or IMPOSE THE AUTOMATIC STAY**
13
14         I Debtor, Sheila K Stuppy, hereby request that this Court Extend or Impose the

15 Automatic to include US BANK National Association as Trustee for Greenpoint Mortgage

16 Funding Trust Mortgage Pass Certificate Series 2006 – AR6, it's assignees and / or successors,

17 by and through it's servicing agent Ocwen Loan Servicing, LLC for the property

18 commonly known as 2003 SweetFern Pl, Lakeland, FL 33810 , Polk County Florida,

19 **Legal Description**: 2003 SWEETFERN PL MYRTLEWOOD SUBDIVISION PB 126 PGS 3-5

20 LOT 37 **GEO #** 232723-008003-000370 for the following reasons;

21 1.    I the Debtor, Sheila K Stuppy had no other pending bankruptcy cases in the proceeding
22       one year period.

23 2.    On 04/22/2013 I filed a motion to Convert my Chapter 7 Case #13-10675 to a Chapter
24       11 where I believe that the conversion would be in the best interests of all parties of
25       interest, which include, me the debtor, the estate, and my creditors.

26 3.    I have a substantial financial change of circumstances which includes my additional
27       employment and application for mortgage modification.

28 4.    There is a reasonable likelihood that my financial condition will be rehabilitated through

1

a plan of reorganization in Chapter 11.

**WHEREFORE** I the Debtor, Sheila K Stuppy, pray that this Court grant this Motion to Extend or Impose the Automatic Stay as to US BANK National Association as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass Certificate Series 2006 – AR6, it's assignees and / or successors, by and through it's servicing agent Ocwen Loan Servicing, LLC. for the property commonly known as 2003 SweetFern Pl, Lakeland, FL 33810 , Polk County Florida, **Legal Description**: 2003 SWEETFERN PL MYRTLEWOOD SUBDIVISION PB 126 PGS 3-5 LOT 37 **GEO #** 232723-008003-000370 and for all other proper relief.

   **SUBMITTED** this 13th  day of Septemner, 2013 by Sheila Stuppy the Debtor, Pro Se.

_____
 – **Debtor Pro Se**
P.O. Box  750725
Las Vegas, NV  89136
(702)  493-2983 - **Phone**

**COPIES SENT TO**:
Attorney Kristin A. Schuler-Hintz
Attorney Sherry A. Moore,
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
(702) 685-0329 - **Phone**
(866) 339-5691 – **FAX**
NVBK@McCarthyHolthus.com

**Attorney for Secured Creditor,**
US BANK National Association
as Trustee for Greenpoint Mortgage Funding
Trust Mortgage Pass Certificate Series 2006 –
AR6 it's assignees and / or successors, by and through
it's servicing agent Ocwen Loan Servicing, LLC.

2

Sheila K Stuppy - **Debtor Pro Se**
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

**In re:**

    Sheila K Stuppy

        **Pro-Se** Debtor

**Chapter** 7

**CASE #** 13-10675 **Converted**

Hearing Date: 9-18-2013
Hearing Time: 10:30 A.M

### AFFIDAVIT IN SUPPIRT OF
### DEBTORS MOTION TO
### EXTEND or IMPOSE THE AUTOMATIC STAY

    I Debtor, Sheila K Stuppy, in support of the Debtors Motion to Extend or Impose the Automatic Stay against I the Debtor, Sheila K Stuppy, pray that this Court grant this Motion to Extend or Impose the Automatic Stay as to US BANK National Association as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass Certificate Series 2006 – AR6, it's assignees and / or successors, by and through it's servicing agent Ocwen Loan Servicing, LLC. for the property commonly known as 2003 SweetFern Pl, Lakeland, FL 33810 , Polk County Florida, **Legal Description**: 2003 SWEETFERN PL MYRTLEWOOD SUBDIVISION PB 126 PGS 3-5 LOT 37 **GEO #** 232723-008003-000370 for the following reasons;

1.    I filed my original Chapter 7 petition on January 30, 2013.

2.    I filed a Motion to Convert my Chapter 7 Case # 13-10675 to a Chapter 11 on April 22, 2013.

3.    I have had no other pending bankruptcy cases in the preceding one year period.

4.    I believe that the conversion would be in the best interests of all parties of interest, which include, me the debtor, the estate, and my creditors.

5.    I have a substantial financial change of circumstances which includes my additional

3

1    employment and application for mortgage modification.

2    6.    There is a reasonable likelihood that my financial condition will be rehabilitated through

3    a plan of reorganization in Chapter 11.

4    **I affirm under penalty of perjury** that the foregoing is true and correct to the best of

5    my information and belief.

6    **SUBMITTED** this 13th day of September, 2013 by Sheila Stuppy the Debtor, Pro Se.

7    

8    – **Debtor Pro Se**
    P.O. Box 750725

9    Las Vegas, NV 89136

10    (702) 493-2983 - **Phone**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Sheila K Stuppy - **Debtor Pro Se**
P.O. Box 750725
Las Vegas, NV 89136
(702) 493-2983

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | ) |
|     Sheila K Stuppy | ) |
| | ) |
| | ) |
|     **Pro-Se** Debtor | ) |
| _____ | ) |

**Chapter**   7
**CASE #**   13-10675 **Converted**

Hearing Date: 9-18-2013
Hearing Time: 10:30 AM

### CERTIFICATE OF SERVICE

On September 13, 2013, I served a copy of the following document

**DEBTORS MOTION TO**
**EXTEND or IMPOSE THE AUTOMATIC STAY**
**And**
**AFFIDAVIT IN SUPPIRT OF**
**DEBTORS MOTION TO**
**EXTEND or IMPOSE THE AUTOMATIC STAY**

by **FAX** to the following people;

    Attorney Kristin A. Schuler-Hintz
    Attorney Sherry A. Moore,
    McCarthy & Holthus, LLP
    9510 West Sahara Avenue, Suite 110
    Las Vegas, NV 89117
    (702) 685-0329 - **Phone**
    (866) 339-5691 – **FAX**
    NVBK@McCarthyHolthus.com

    **Attorney for Secured Creditor,**
    US BANK National Association
    as Trustee for Greenpoint Mortgage Funding
    Trust Mortgage Pass Certificate Series 2006 – AR6 it's assignees and / or successors, by
    and through it's servicing agent Ocwen Loan Servicing, LLC.

1
2      **I declare under penalty of perjury that the foregoing is true and correct**
3      September 13,  2013
4
5
6      Declarant: ▮▮▮▮▮▮ / Debtor Pro Se
7              P.O. Box  750725
       Las Vegas, NV  89136
8              (702)  493-2983 - **Phone**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7